[Civil No. 455.]

W. H. LINN et al., Plaintiffs and Appellees, v. GILA BEND RESERVOIR AND IRRIGATION COMPANY, a Corporation, Defendant and Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

W. H. Barnes, Joseph C. Perry, and J. B. Woodward, for Appellant.

Millay & Bennett, C. F. Ainsworth, and Thomas Armstrong, Jr., for Appellees.

January 20, 1896.   Affirmed.

---

[Civil No. 428.]

ARNOLD GOLD AND SILVER MINING COMPANY et al., Plaintiffs in Error, v. L. O. COWAN, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Mohave.   John J. Hawkins, Judge.

Carran & Pillsbury, for Plaintiffs.

J. H. Wright, for Defendant.

January 21, 1896.   Affirmed.

---

[Civil No. 471.]

ROCHESTER FORD et al., Appellants, v. TERRITORY OF ARIZONA, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.   J. D. Bethune, Judge.

Rochester Ford, *pro se,* and S. M. Franklin, for Appellants.

Thomas D. Satterwhite, Attorney-General, for Appellee.

January 21, 1896.   Affirmed.

February 12, 1896.   Modified.